VICTOR D. SOSKICE and Another v. MORGAN BELMONT and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BANCO DI NAPOLI TRUST COMPANY OF NEW YORK v. GIACOMO G. LEVI and Others, Impleaded with EMANUEL F. ROSENBAUM.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARY STAIANO and ANDREA STAIANO v. EMPIRE CITY SUBWAY COMPANY (LIMITED).— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BANK OF UNITED STATES, by JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. PH. WECHSLER & SON, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ENTERPRISE FIXTURE Co., INC., v. MAX LIEBERMAN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE CROWELL CORPORATION v. BAUGH & SONS COMPANY.— Motion granted. Settle order on notice containing question for certification. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BEN FLIGEL Co., INC., v. JOSEPH KESSLER, as Treasurer of the WATERPROOF GARMENT WORKERS UNION LOCAL No. 20, etc., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Supplementary Proceedings: ACE MAIL ADVERTISING, INC., v. HARRY NEWGOLD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BAUGH & SONS COMPANY v. UNITED STATES FIDELITY AND GUARANTY COMPANY. — Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See 239 App. Div. 731.]

In the Matter of the Application of FREDERICK Z. LEWIS and Others against FIORELLO H. LAGUARDIA and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GIUSEPPE ZASA and VINCENT BRUNETTI v. THOMAS PERRONE, Impleaded, etc. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon defendant, appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

RITA ROZADA v. TILLIE TAUBER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.